■ JESSIE MANGIN et al., Appellants, v. P. T. AND L. CONSTRUCTION CO., Respondent.— In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Sullivan County, dated October 10, 1959 and entered in the County Clerk's office of Orange County on October 15, 1959, vacating a warrant of attachment obtained against the property of the nonresident corporate defendant. Order reversed, with $10 costs and disbursements, and motion denied. In vacating the attachment, the Special Term was of the view that plaintiffs' attorney in his affidavit incorrectly stated that "no previous application had been made therefor," whereas it is claimed that such application was made previously to Mr. Justice BAILEY. Plaintiffs' attorney denied that he had made a previous application and explained that when he appeared before Mr. Justice BAILEY the latter indicated his aversion to signing a warrant of attachment in tort actions; that Mr. Justice BAILEY approved the suggestion that the application be made before Mr. Justice DOSCHER, and that the latter, after being fully advised of the facts and circumstances, signed the warrant of attachment. In our opinion, under the circumstances the Special Term was not justified in vacating the warrant of attachment on the ground stated. The plaintiffs' attorney stated facts which were based on personal knowledge and stand uncontroverted, whereas the version of defendant's attorney was based on hearsay information. Moreover, we have considered all the other points of defendant, and find that they lack merit. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ ARTHUR F. McCARTHY, Respondent, v. GEORGE H. GERSEN, Appellant. — In an action to recover damages for personal injuries suffered by plaintiff as a result of an alleged assault by defendant, defendant appeals from an order of the Supreme Court, Queens County, dated January 7, 1960, which conditionally granted plaintiff's motion for leave to serve a supplemental complaint and supplemental bill of particulars. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ HERBERT B. PEARSON, Appellant, v. JOHN F. BAUCHMANN, Respondent.— In an action for slander, the plaintiff appeals from an order of the Supreme Court, dated September 8, 1959, granting defendant an additional examination before trial of the plaintiff; the first examination having been held December 23, 1958. In the interval, pursuant to court order, plaintiff, in a bill of particulars, had furnished to defendant certain information which it is claimed plaintiff had declined to give on his first examination. Order affirmed, with $10 costs and disbursements. (Purvin v. Grey, 275 App. Div. 688.) The additional examination shall be held on 20 days' notice or on a day mutually fixed. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.